UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES J. DONELON,
COMMISSIONER OF
INSURANCE FOR THE
STATE OF LOUISIANA

CIVIL ACTION

VERSUS

NO. 12-151-BAJ-SCR

DISTRIBUTION BY DATAEN, ET AL

**RULING
AND ORDER OF REMAND**

The Court has carefully considered the motion to remand, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 13, 2012 (doc. no. 14) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion to remand of James J. Donelon, Commissioner of Insurance for State of Louisiana is GRANTED and this action is hereby remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 23rd day of July, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

19th JDC